IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA LAYTON,<br>    *Plaintiff* | :<br>:   CIVIL ACTION<br>: |
| v. | :<br>: |
| ANDREW SAUL, Commissioner<br>of the Social Security Administration,<br>    *Defendant* | :<br>:   No. 21-1390<br>: |

## ORDER

**AND NOW**, this 6th day of June 2022, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 13), Defendant's response thereto (Doc. No. 16), Plaintiff's reply (Doc. No. 17), Magistrate Judge Scott W. Reid's Report & Recommendation (Doc. No. 18), Plaintiff's Objections to the Report & Recommendation (Doc. No. 19), Defendant's response thereto (Doc. No. 20), and the administrative record, it is hereby **ORDERED** that:

1. The Report & Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections (Doc. No. 19) are **OVERRULED** for the reasons set forth in the accompanying Memorandum;

3. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and Plaintiff's Request for Review (Doc. No. 13) is **DENIED**; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE